UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGIO PALMA ZAZVETA,

Petitioner,

v.

FACILITY ADMINISTRATORS OF NORTHWEST ICE PROCESSING CENTER,

Respondents.

CASE NO. 2:26−cv−04042−JHC

SCHEDULING ORDER

Sergio Palma Zazveta, proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he is in custody in violation of the Constitution or laws of the United States. The Court has discretion to determine when a response to a § 2241 habeas petition is due. *See, e.g.*, Sect. 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254); *Clutchette v. Rushen*, 770 F.2d 1469, 1474−75 (9th Cir. 1985) (under Habeas Rule 4, a federal court has discretion to fix a time to file an answer beyond the time periods set forth in 28 U.S.C. § 2243). A court considering a habeas corpus petition "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ or should not be granted." 28 U.S.C. § 2243.

Due to a Notice of Filing Deficiency, the Court instructed the Clerk to strike the Scheduling Order Directing Respondents to Show Cause Why Writ of Habeas Corpus Should Not Be Granted at Dkt. # 2. Nevertheless, Interested Party United States of America filed a Response to the petition on November 5, 2026, in accordance with the original timeline. *See* Dkt. # 6. Accordingly, the Court ORDERS as follows:

1. Any traverse by Petitioner shall be filed no later than November 20, 2026.

2. Respondents shall provide Petitioner in this habeas action at least 7 days' notice before any action to move or transfer Petitioner from the Western District of Washington or to remove them from the United States. Respondents shall also (1) file the notice of intent to transfer or remove on the Court's docket at that time; and (2) file a notice on the docket if the transfer or removal is completed.

3. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of November, 2026.

John H. Chun
United States District Judge